1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Evanston Insurance Company, | ) ) ) | Case No. **CV 08-7016-JFW (VBKx)** |
| Plaintiff, | ) ) | **ORDER DISMISSING CIVIL ACTION** |
| v. | ) ) | |
| Liberty Surplus Insurance Corporation, et al., | ) ) ) | |
| Defendants. | ) | |

　　　THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown by April 15, 2010, to re-open the action if settlement is not consummated.  During this period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 2/15/08)

In the event a motion or *ex parte* application to re-open is not filed by April 15, 2010, the dismissal of this action will be with prejudice.

Dated: December 30, 2009

_____
JOHN F. WALTER
United States District Judge